**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Megan Waggener Van Meter, et al.
Plaintiff,
v.
Case No.: 1:24−cv−07368
Honorable Lindsay C. Jenkins
Mondelez International, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The joint motion for an extension of time to complete fact discovery [91] is granted for good cause shown. The parties have detailed the fact discovery completed to date and the court is satisfied that more time is necessary for the parties to complete their work. Fact discovery is extended to October 23, 2026. By October 16, 2026, the parties should file a joint status report that updates the court on the status of the close fact discovery. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.