**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Megan Waggener Van Meter, et al.
Plaintiff,
v.
Case No.: 1:24−cv−07368
Honorable Lindsay C. Jenkins
Mondelez International, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: Based on the parties' status report regarding fact discovery, the court imposes the following schedule as proposed by the parties: By December 3, 2026, Plaintiff must file her motion for class certification and disclose her class certification experts. By February 16, 2027, Defendant must file its brief in opposition to class certification; disclose its rebuttal experts; and file any Daubert−related motions for class certification experts. By April 6, 2027, Plaintiff must file her reply brief in support of class certification; file her responses to Defendant's Daubert−related expert motions; and file any Daubert−related motions to Defendant's class certification experts. By April 30, 2027, Defendant must file its reply in support of its Daubert−related motions and file its response to Plaintiff's Daubert−related motions. By May 17, 2027, Plaintiff must file her replies to her Daubert−related motions. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.